IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINISAR CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SOURCE PHOTONICS, INC., a Delaware corporation, MRV COMMUNICATIONS, a Delaward corporation, NEOPHOTONICS CORPORATION, a Delaware corporation, and OPLINK COMMUNICATIONS INC., a Delaware corporation,<br><br>Defendants.<br> _____ / | No. C 10-00032 WHA<br><br>**NOTICE REGARDING CASE MANAGEMENT CONFERENCE** |

In light of the large number of patents and claims asserted by plaintiff (the complaint asserts *eleven* different patents), the undersigned requests that counsel for all parties be prepared to address at the case management conference the advisability of using a court-appointed expert under Rule 706 of the Federal Rules of Evidence. This expert would testify at trial and possibly during claim construction and other hearings before trial. The court-appointed expert, however, would *not* act as a "law clerk" for the undersigned, but would fulfill the role envisioned by FRE 706. Plaintiff's counsel will ensure that this notice is supplied to counsel for each defendant.

Dated: January 14, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE