IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FINISAR CORPORATION, a Delaware corporation,

    Plaintiff,

  v.

SOURCE PHOTONICS, INC., a Delaware corporation, MRV COMMUNICATIONS, a Delaward corporation, NEOPHOTONICS CORPORATION, a Delaware corporation, and OPLINK COMMUNICATIONS INC., a Delaware corporation,

    Defendants.

No. C 10-00032 WHA

**ORDER REGARDING RULE 706 EXPERT CANDIDATES AND MISJOINDER ISSUE**

    The undersigned has received the parties' joint submission regarding potential Rule 706 experts. The parties will have until **NOON ON MAY 4, 2010**, to submit a second expert candidate for consideration. The Court is also waiting on counsel to submit a memorandum on the misjoinder issue mentioned at the case management conference and in paragraph one of the case management scheduling order. Plaintiff's counsel shall file this memo (showing cause why the case is not guilty of misjoinder) **BY NOON ON FRIDAY, APRIL 30, 2010**.

    **IT IS SO ORDERED.**

Dated: April 28, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE