| | |
|---|---|
| DANIEL JOHNSON, JR. (State Bar No. 57409)<br>MICHAEL J. LYONS (State Bar No. 202284)<br>HARRY F. DOSCHER (State Bar No. 245969)<br>MORGAN, LEWIS & BOCKIUS LLP<br>2 Palo Alto Square<br>3000 El Camino Real, Suite 700<br>Palo Alto, CA 94306-2122<br>Tel: 650.843.4000<br>Fax: 650.843.4001<br>E-mail: djjohnson@morganlewis.com<br>E-mail: mlyons@morganlewis.com<br>E-mail: hdoscher@morganlewis.com<br><br>Attorneys for Plaintiff<br>FINISAR CORPORATION | Alan H. Blankenheimer (Bar No. 218713)<br>Laura E. Muschamp (Bar No. 228717)<br>Jo Dale Carothers (Bar No. 228703)<br>COVINGTON & BURLING LLP<br>9191 Towne Centre Drive, 6th Floor<br>San Diego, CA 92122-1225<br>Tel: 858-678-1800<br>Fax: 858-678-1600<br>E-mail: ablankenheimer@cov.com<br>E-mail: lmuschamp@cov.com<br>E-mail: jcarothers@cov.com<br><br>Robert T. Haslam (Bar No. 71134)<br>COVINGTON & BURLING LLP<br>333 Twin Dolphin Drive, Suite 700<br>Redwood Shores, CA 94065<br>Tel: 650-632-4700<br>Fax: 650-632-4800<br>E-mail: Rhaslam@cov.com<br><br>Attorneys for Defendants and Counterclaimants<br>SOURCE PHOTONICS, INC. ET AL. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FINISAR CORPORATION, a Delaware corporation,<br><br>　　　　Plaintiff and Counterdefendant,<br><br>　　　vs.<br><br>SOURCE PHOTONICS, INC., ET AL.,<br><br>　　　　Defendants and Counterclaimants. | Case No. C-10-00032 WHA<br><br>[~~PROPOSED~~] **ORDER RE SCHEDULE FOR CLAIM CONSTRUCTION**<br><br>Dept.: Courtroom 9, 19th Floor<br><br>Judge: Hon. William Alsup |

|  | Finisar's Proposal | Defendants' Proposal |
|---|---|---|
| Patent L.R. 3-1 Infringement Contentions and Patent L.R. 3-2 Document Production | May 6, 2010 ||
| Patent L.R. 3-3 Invalidity Contentions and Patent L.R. 3-4 & 3-7 Document Productions (if 10 or fewer claims have been asserted by a party)[1] | ~~June 18, 2010~~ | June 25, 2010 |
| Patent L.R. 3-3 Invalidity Contentions and Patent L.R. 3-4 & 3-7 Document Productions (if more than 10 claims have been asserted by a party) | ~~June 25, 2010~~ | July 9, 2010 |
| Patent L.R. 4-1 Exchange of Proposed Terms | ~~July 9, 2010~~ | July 15, 2010 |
| Patent L.R. 4-2 Exchange of Preliminary Claim Constructions | July 30, 2010 ||
| Patent L.R. 4-3 Joint Claim Construction and Prehearing Statement | ~~August 6, 2010~~ | August 13, 2010 |
| Patent L.R. 4-4 Close of Claim Construction Discovery | August 20, 2010 ||
| Patent L.R. 4-5(a) Opening Claim Construction Brief | August 25, 2010 ||
| Patent L.R. 4-5(b) Responsive Claim Construction Brief | September 8, 2010 ||
| Patent L.R. 4-5(c) Reply Claim Construction Brief | September 15, 2010 ||
| Tutorial | September 22, 2010 ||

---

[1] At the April 14, 2010 scheduling conference, the Court stated that if a party were to assert more than 10 claims, it would extend the deadline for submission of invalidity contentions: "If it's more than ten claims, I'm going to give them more time." Tr. at p. 9, lines 11-12. Plaintiff Finisar believes that additional time should be granted if more than 10 independent claims are asserted within a patent family. Defendants interpret the Court's statement to provide that more time will be allowed for invalidity contentions if more than 10 claims are asserted by a party regardless of whether the claims are independent claims or dependent claims and regardless of whether the asserted claims are for one patent family or are spread across multiple patent families.

| Claim Construction Hearing | October 06, 2010 |
|---|---|

The Court having considered the schedule above, and upon good cause showing,

**IT IS HEREBY ORDERED:**

That the [Proposed] Order re Schedule for Claim Construction is hereby adopted by the Court. The parties shall comply with this Order.

Dated: May 11, 2010



_____
HON. _____ SUP
UNIT_____

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/21699192.1                    3              [PROPOSED] ORDER RE SCHEDULE FOR CLAIM
                                                 CONSTRUCTION; (C-10-00032 WHA)