IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINISAR CORPORATION, a Delaware corporation,<br><br>        Plaintiff,<br><br>  v.<br><br>SOURCE PHOTONICS, INC., a Delaware corporation, MRV COMMUNICATIONS, a Delaward corporation, NEOPHOTONICS CORPORATION, a Delaware corporation, and OPLINK COMMUNICATIONS INC., a Delaware corporation,<br><br>        Defendants.<br>                                                      / | No. C 10-00032 WHA<br><br>**ORDER ON STIPULATED DISCOVERY PROTOCOL** |

      While the parties are free to stipulate a discovery protocol in this dispute, the undersigned will not issue an order rubber-stamping the proposed protocol filed by the parties. If a discovery dispute arises, the parties should file letter briefs with the Court in accordance with the procedures set forth in the undersigned's standing orders.

      **IT IS SO ORDERED.**

Dated: July 6, 2010.

                                          WILLIAM ALSUP<br>
                                          UNITED STATES DISTRICT JUDGE