| | |
|---|---|
| 1 | DANIEL JOHNSON, JR. (State Bar No. 57409) |
| | MICHAEL J. LYONS (State Bar No. 202284) |
| 2 | HARRY F. DOSCHER (State Bar No. 245969) |
| | MORGAN, LEWIS & BOCKIUS LLP |
| 3 | 2 Palo Alto Square |
| | 3000 El Camino Real, Suite 700 |
| 4 | Palo Alto, CA 94306-2122 |
| | Tel: 650.843.4000 |
| 5 | Fax: 650.843.4001 |
| | E-mail: djjohnson@morganlewis.com |
| 6 | E-mail: mlyons@morganlewis.com |
| | E-mail: hdoscher@morganlewis.com |
| 7 | |
| | Attorneys for Plaintiff |
| 8 | FINISAR CORPORATION |

Robert T. Haslam (Bar No. 71134)
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Tel: 650-632-4700
Fax: 650-632-4800
E-mail: Rhaslam@cov.com

Alan H. Blankenheimer (Bar No. 218713)
Laura E. Muschamp (Bar No. 228717)
Jo Dale Carothers (Bar No. 228703)
COVINGTON & BURLING LLP
9191 Towne Centre Drive, 6th Floor
San Diego, CA 92122-1225
Tel: 858-678-1800
Fax: 858-678-1600
E-mail: ablankenheimer@cov.com
E-mail: lmuschamp@cov.com
E-mail: jcarothers@cov.com

Attorneys for Defendant and Counterclaimant
SOURCE PHOTONICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

FINISAR CORPORATION,

    Plaintiff and Counterdefendant,

    v.

SOURCE PHOTONICS, INC.,

    Defendant and Counterclaimant.

Case No. CV 10-00032 WHA

**JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS**

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/21917400.2

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
CASE NO. CV 10-00032 WHA

Plaintiff Finisar Corp. and Defendant Source Photonics, Inc., by and through their respective counsel, hereby stipulate as follows:

On September 10, 2010, the parties entered into a settlement agreement that fully resolves all disputes in this action.

The parties stipulate to and request a Court order dismissing with prejudice pursuant to Fed. R. Civ. P. 41(a) all claims and counterclaims based upon products manufactured by or for either party or sold by either party prior to the date of this stipulation, with each party to bear its own costs, expenses, and attorneys fees.

**IT IS SO STIPULATED.**

Dated: 9/13/2010

MORGAN, LEWIS & BOCKIUS LLP

By _____
Michael J. Lyons
Attorneys for Plaintiff
FINISAR CORPORATION

Dated: 9-13-10

COVINGTON & BURLING LLP

By _____
Laura E. Muschamp
Attorneys for Defendant
SOURCE PHOTONICS, INC.

**PURSUANT TO STIPULATION, IT SO ORDERED. THE CLERK SHALL CLOSE THE FILE.**

Dated: September 13, 2010

_____
HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/21917400.2

1

STIPULATION AND
[PROPOSED] ORDER OF DISMISSAL
CASE NO. CV 10-00032 WHA